1
2
3
4
5
6
7
8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11   DEVONTE B. HARRIS,                 Case No. 1:21-cv-00818-JLT (PC)

12              Plaintiff,              **ORDER TO SUBMIT APPLICATION
                                        TO PROCEED *IN FORMA PAUPERIS*
13        v.                            OR PAY FILING FEE**

14   D. ARDEN, et al.,                  45-DAY DEADLINE

15              Defendants.

16

17        Plaintiff has not paid the $402 filing fee for this action or apply to proceed *in forma*

18   *pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, **within 45 days** of the date of service of this

19   order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and

20   signed, or, in the alternative, pay the filing fee in full. No requests for an extension of time will be

21   granted without a showing of good cause. **Failure to comply with this order will result in**

22   **dismissal of this action.**

23
     IT IS SO ORDERED.
24
        Dated:   __**May 21, 2021**__        _____ **/s/ Jennifer L. Thurston**
25                                           CHIEF UNITED STATES MAGISTRATE JUDGE

26
27
28
                                              1