UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>        Plaintiff,<br><br>    v.<br><br>D. ARDEN, et al.,<br><br>        Defendants. | Case No. 1:21-cv-00818-ADA-CDB (PC)<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS CLAIMS AND DEFENDANTS**<br><br>14-DAY DEADLINE |

    Plaintiff Devonte B. Harris is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

    On November 7, 2022, the Court screened Plaintiff's first amended complaint and found that it states cognizable claims of excessive force against Defendants Arden, Gamboa, Garcia, Pasillas and Perez, and of retaliation against Defendants Arden, Gamboa, Garcia and Pasillas. (Doc. 11.) The Court therefore directed Plaintiff to file a second amended complaint curing the deficiencies in his pleading or to notify the Court that he wishes to proceed only on the claims found cognizable. (*Id.* at 12.)

    On November 22, 2022, Plaintiff filed a notice that he elects "to proceed on the claims [the Court] found cognizable in the first screening order." (Doc. 12.) Accordingly, and for the reasons set forth in the Court's screening order (Doc. 11), the Court RECOMMENDS that:

//

1. Defendants M. Boersma and Ken Clark be DISMISSED; and,
2. The claims in Plaintiff's first amended complaint be DISMISSED, except for its claims of excessive force against Defendants Arden, Gamboa, Garcia, Pasillas and Perez, and retaliation against Defendants Arden, Gamboa, Garcia and Pasillas, pursuant to 42 U.S.C. § 1983.

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to 28 U.S.C. § 636(b)(l). Within 14 days of the date of service of these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may result in waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **December 1, 2022**

UNITED STATES MAGISTRATE JUDGE