IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEVONTE B. HARRIS,**<br><br>Plaintiff,<br><br>v.<br><br>**D. ARDEN, et al.,**<br><br>Defendants. | Case No. 1:21-cv-00818 ADA CDB<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE WAIVER OF SERVICE OF SUMMONS AND ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Good cause appearing, Defendants A. Garcia, V. Pasillas, and D. Perez's Request for Extension of Time *Nunc Pro Tunc* to File Waiver of Service of Summons is granted. Defendants' waiver of service of summons shall be filed **on or before June 18, 2023**.

Additionally, good cause appearing, Defendants' Request for Extension of Time to File Responsive Pleading is granted. All Defendants' responsive pleading shall be **filed on or before July 5, 2023**.

IT IS SO ORDERED.

Dated: __**June 6, 2023**__                           _____
                                                                  UNITED STATES MAGISTRATE JUDGE