UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>D. ARDEN, et al.,<br><br>    Defendants. | Case No. 1:21-cv-00818-ADA-CDB (PC)<br><br>**ORDER REGARDING DEFENDANTS' STATUS REPORT OF APRIL 15, 2024**<br><br>(Doc. 37) |

Plaintiff Devonte B. Harris is a state prisoner proceeding pro se in this civil rights action. This action is stayed pending the outcome of criminal proceedings. (Doc. 33.)

**I.    INTRODUCTION**

On January 10, 2024, the undersigned issued an Order Granting Defendants' Motion To Stay Case And To Modify Discovery And Scheduling Order. (Doc. 33.) [1] Relevant here, Defendants were ordered to "file a status report on February 15, 2024, addressing the status of the criminal proceedings, and every sixty (60) days thereafter, until those proceedings are resolved." (*Id*. at 6.)

On February 8, 2024, Defendants filed their first status report. (Doc. 34.)

On April 15, 2024, Defendants filed their second status report. (Doc. 37.) Defendants

---

[1] On April 2, 2024, the docket reflects Plaintiff filed a Motion For Reconsideration of this Order. (*See* Doc. 36.) That motion will be decided by District Judge Kirk E. Sherriff.

advise that the court in the state criminal proceedings approved Plaintiff's mental health treatment plan on February 20, 2024. (*Id.* at 2.) Related thereto, Defendants advise Plaintiff is scheduled for a performance review hearing in that matter on September 4, 2024. (*Id.*) In the event Plaintiff fails to comply with the treatment plan, the criminal prosecution will resume. (*Id.*) Defendants assert the stay of these proceedings should remain in effect. (*Id.*) Finally, Defendants request leave of Court to file their next status report "by September 15, 2024, since there are no scheduled hearings until September 4, 2024." (*Id.*)

## II.    CONCLUSION AND ORDER

Accordingly, and for good cause shown, **IT IS HEREBY ORDERED** that Defendants **SHALL** file their next status report concerning the status of the state criminal proceedings **no later than September 15, 2024**. In the event any additional hearing or proceeding is set in the state criminal proceedings prior to the scheduled performance review hearing, Defendants shall file a status report with this Court *within five days* of ascertaining that information.

IT IS SO ORDERED.

Dated:   **April 18, 2024**                              _____
                                                           UNITED STATES MAGISTRATE JUDGE