UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>             Plaintiff,<br><br>       v.<br><br>D. ARDEN, et al.,<br><br>             Defendants. | Case No. 1:21-cv-00818-KES-CDB (PC)<br><br>**ORDER REGARDING DEFENDANTS' STATUS REPORT OF DECEMBER 13, 2024**<br><br>(Doc. 44) |

Plaintiff Devonte B. Harris is a state prisoner proceeding pro se in this civil rights action. This action is stayed pending the outcome of criminal proceedings. (Doc. 33.)

**I.    INTRODUCTION**

In their most recent status report filed December 13, 2024, Defendants indicate that during a December 4, 2024, mental health diversion hearing in the Kings County Superior Court criminal proceeding, the state court determined Plaintiff was not in compliance with his treatment program. (Doc. 44 at 2.) The state court instructed Plaintiff "to attend more of his treatments" and set the matter for further review on June 4, 2025. (*Id*.) In June 2025, the state court will determine whether Plaintiff is complying; if not, criminal prosecution will resume. (*Id*.) Defendants request leave to file their next status report no later than June 15, 2025, because updates prior to the hearing set for June 4, 2025, are unlikely. (*Id*.)

## II.     CONCLUSION AND ORDER

Accordingly, and for good cause shown, **IT IS HEREBY ORDERED** that Defendants **SHALL** file their next status report concerning the status of the state criminal proceedings **no later than June 15, 2025**. In the event any additional hearing or proceeding is set in the state criminal proceedings prior to the scheduled review hearing, Defendants shall file a status report with this Court *within five days* of Defendants' ascertaining that information.

IT IS SO ORDERED.

Dated:   **December 16, 2024**                          _____
                                                                                    UNITED STATES MAGISTRATE JUDGE