# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DEVONTE B. HARRIS,

      Plaintiff,

    v.

D. ARDEN, et al.,

      Defendants.

_____/

Case No. 1:21-cv-00818-KES-CDB

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Devonte B. Harris, CDCR # P-73399, a necessary and material witness in a settlement conference in this case on April 16, 2026, is confined at Kern Valley State Prison (KVSP), in the custody of the Warden. To secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Jeremy D. Peterson, by Zoom video conference from his place of confinement, on **April 16, 2026, at 1:30 p.m.**

## ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied to all parties prior to the conference.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at KVSP at (661) 720-4949 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Nicholas Cannarozzi, Courtroom Deputy, at ncannarozzi@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, KVSP, P.O. Box 6000, Delano, California 93216:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Peterson at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

///
///
///

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **March 9, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

