**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D. ARDEN, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-0818 KES CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>Docs. 54, 55 |

In this action Devonte B. Harris asserts that he suffered violations of his Eighth Amendment rights while incarcerated at California State Prison- Corcoran.  Doc. 7; *see also* Doc. 14.  Harris now seeks a preliminary injunction related to staff at Kern Valley State Prison ("KSVP"), seeking an order directing his access to legal materials under the All Writs Act. Doc. 54.  The magistrate judge found the information provided was insufficient to conclude KVSP officials were impeding the ability to litigate this action, and there was no evidence of "critical or exigent circumstances warranting the relief requested."  Doc. 55 at 3-4.  The magistrate judge recommended denial of the motion.  *Id.* at 5.

On March 11, 2025, the Court served the findings and recommendations on Harris, including a notice that any objections were due within 14 days.  Doc. 55 at 4.  The Court also advised that the failure to file timely objections may result in the waiver of rights on appeal.  *Id.* at 4-5 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).  Harris did not file

objections.

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.

The Court **ORDERS**:

1.   The findings and recommendations issued March 11, 2026 (Doc. 55) are **ADOPTED** in full.

2.   Plaintiff's request for injunctive relief under the All Writs Act (Doc. 54) is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated:   April 1, 2026

UNITED STATES DISTRICT JUDGE