# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>    Plaintiff,<br><br>  v.<br><br>D. ARDEN, et al.,<br><br>    Defendants. | Case No. 1:21-cv-0818 KES CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S SECOND MOTION FOR INJUNCTIVE RELIEF<br><br>Docs. 56, 57 |

Devonte B. Harris asserts that he suffered violations of his Eighth Amendment rights while incarcerated at California State Prison- Corcoran. Doc. 7; *see also* Doc. 14.  Harris, now housed at Kern Valley State Prison, requests in his second motion for injunctive relief that the Court direct staff at the prison to provide weekly access to legal materials.  Doc. 56.

On April 1, 2026, the assigned magistrate judge issued findings and recommendations to deny the second motion for injunctive relief concerning access to legal materials.  Doc. 57.  The magistrate judge found that no critical or exigent circumstances exist to warrant the injunctive relief requested.  *Id*. at 3-5.  The Court served the findings and recommendations on Harris and notified him that any objections were due within fourteen days.  *Id.* at 5.  The Court also advised Harris that the failure to file timely objections may result in the waiver of rights on appeal.  *Id.* at 6 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).  Harris did not file objections, and the deadline to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.  The Court **ORDERS**:

    1.    The findings and recommendations issued April 1, 2026 (Doc. 57) are **ADOPTED** in full.

    2.    Plaintiff's request for injunctive relief (Doc. 56) is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated:   __April 27, 2026__

_____
UNITED STATES DISTRICT JUDGE

2