IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEVONTE B. HARRIS,** | Case No. 1:21-CV-00818-KES-CDB (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER** |
| **v.** | (Doc. 66) |
| **D. ARDEN, et al.,** | |
| Defendants. | |

Good cause appearing, **IT IS ORDERED** that Defendants' Motion to Modify the Scheduling Order (Doc. 66) is **GRANTED**.

Accordingly, the exhaustion motion filing deadline is extended from May 29, 2026, to **August 27, 2026**, and the dispositive motion filing deadline is extended from December 20, 2026, to **March 10, 2027**.

All other dates in the Discovery and Scheduling Order issued January 29, 2026 (Doc. 50) remain as originally set.

IT IS SO ORDERED.

Dated:    **May 4, 2026**                              _____

                                                         UNITED STATES MAGISTRATE JUDGE

Order (1:21-CV-00818-KES-CDB (PC))